UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNATHAN CARROLL MASSEY                                                      PLAINTIFF

v.                                    No. 2:21-CV-02166

CAPTAIN DUMAS, CORPORAL MASSEY,
and LANCE CORPORAL ASHLEY SMITH
(all at Sebastian County Detention Center)                                    DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 13) from United States Chief Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff Johnathan Carroll Massey be allowed to proceed on his claims under 42 U.S.C. § 1983 against Defendants Captain Dumas and Corporal Massey concerning the use of shackles during his disciplinary sentence, but that the Court dismiss Plaintiff's claims for denial of access to the grievance kiosk, law library, and mail, and dismiss Defendant Lance Corporal Smith from this case. The Court has reviewed the record in this case and agrees with the Magistrate Judge's recommendation. The report and recommendation is therefore ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Lance Corporal Smith, and Plaintiff's claims for denial of access to the grievance kiosk, law library, and mail, are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this case otherwise remains pending and referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 9th day of March, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE