IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JONATHAN CARROLL MASSEY                                                                          PLAINTIFF

v.                                                  CASE NO. 2:21-CV-2166

CAPTAIN DUMAS, Sebastian County Detention Center; and
CORPORAL MASSEY, Sebastian County Adult Detention Center          DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 26) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with Rule 41(b) of the Federal Rules of Civil Procedure and the Court's Local Rule 5.5(c)(2) and Orders. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this November 15, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE